IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TECHNOLOGY DEVELOPMENT AND LICENSING, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION,<br><br>            Defendant. | FILED: JUNE 23, 2008<br>Civil Action No. 08 CV 3584<br><br>JURY TRIAL DEMANDED<br><br>JUDGE MANNING<br>MAGISTRATE JUDGE COX<br><br>JH |

## **COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff, Technology Development and Licensing LLC ("Technology Development"), complains of Defendant Comcast Corporation ("Comcast") as follows:

1. This is a claim for patent infringement arising under the patent laws of the United States, Title 35, United States Code. This Court has exclusive jurisdiction over the subject matter under 28 U.S.C. § 1338(a).

2. Technology Development is a Nevada corporation with its headquarters in Henderson, Nevada. Technology Development has the exclusive right to grant licenses under and to enforce U.S. Patent No. Re.35,952, "Television Receiver Having Memory Control for Tune-By-Label Feature," including the right to bring suit and collect damages for any past or future infringement.

3. Comcast Corporation is established under the laws of Pennsylvania, with its headquarters at One Comcast Center, Philadelphia, Pennsylvania. Comcast does business in this District, and has offices located in this District, for example, at 5711 South Western Avenue, Chicago, Illinois.

4.     Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b).

5.     Comcast has infringed the patent in suit through the sale and use in this District of set top boxes and similar equipment having favorite channel features, such as the Motorola DCT700 set top box, which infringes at least claims 8, 37 and 38. See Exhibit A to this Complaint, "Lights. Remote. Action. How to use your on-screen program guide." Additional products or claims may be identified in the course of discovery. For example, Comcast announced an expanded multi-year purchase agreement with Motorola for set-top boxes and related technology. See Exhibit B to this Complaint.

6.     Comcast's infringement has injured the plaintiff, and the Technology Development is entitled to recover damages adequate to compensate it for such infringement, but in no event less than a reasonable royalty.

7.     On information and belief, Comcast's infringement has been willful and deliberate and has injured and will continue to injure Technology Development unless and until this Court enters an injunction prohibiting further infringement of the '952 Patent.

WHEREFORE, Technology Development respectfully demands judgment against Comcast and against its subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with it, granting the following relief:

A.    An award of damages adequate to compensate Plaintiff for the infringement that has occurred, together with prejudgment interest from the date infringement of the patent in suit began;

B.    Increased damages as permitted under 35 U.S.C. § 284;

C.    A finding that this case is exceptional and an award to Technology Development of its attorneys' fees and costs as provided by 35 U.S.C. § 285;

D. A permanent injunction prohibiting further infringement, inducement and contributory infringement of the patent in suit; and,

E. Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

Technology Development and Licensing LLC demands a trial by jury on all issues so triable.


                              Technology Development and Licensing LLC

                              _____

                              Joseph N. Hosteny
                              Arthur A. Gasey
                              NIRO, SCAVONE, HALLER AND NIRO
                              181 West Madison Street, Suite 4600
                              Chicago, Illinois 60602
                              Phone: (312) 236-0733